# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | |
|---|---|
| ADEL AL, Individually and on Behalf of All Others Similarly Situated, | ) Case No.: 17-cv-816 |
| Plaintiff, | ) |
| vs. | ) |
| NATIONAL CREDIT ADJUSTERS, LLC and REVIVER FINANCIAL, LLC, | ) Hon. David E. Jones |
| Defendants. | ) |

## AFFIDAVIT OF DEFAULT AS TO DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC

I, Mark A. Eldridge, state under penalty of perjury of Federal law, the following:

1.      On July 21, 2017, Defendant Riviver Financial, LLC was duly served with the summons and complaint in this matter as reflected in the Affidavit of Service previously filed with the Court. *See* Docket No. 7.

2.      On July 28, 2017, Defendant National Credit Adjusters, LLC was duly served with the summons and complaint in this matter as reflected in the Affidavit of Service previously filed with the Court. *See* Docket No. 8.

3.      Defendants have failed to respond to the Summons and Complaint within the time allotted for a response, and therefore Defendants are in DEFAULT.

4.      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court may enter default against Defendants.

Dated this 19th day of September 2017.

*Mark A. Eldridge*

Mark A. Eldridge (SBN 1089944)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, WI 53110
tel (414) 482-8000
fax (414) 482-8001
meldridge@ademilaw.com

BEN SLATKY
Notary Public
State of Wisconsin

State of Wisconsin    )
                      ) ss.
County of Milwaukee )

Subscribed & sworn before me
This 19th day of September 2017

Notary Public
My commission is permanent.

## CERTIFICATE OF SERVICE

I, Mark A. Eldridge, certify that on September 19, 2017, I sent this document by First Class US Mail, postage prepaid, to the following address(es):

National Credit Adjusters, LLC
Attn: General Counsel
327 West 4th Avenue
Hutchinson, KS 67501

s/ Mark A. Eldridge
Mark A. Eldridge

2